UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  14-0197-03 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| JUSTIN KULL | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

    The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Justin Kull, and adjudges him guilty of the offense charged in Count One of the indictment against him.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Justin Kull's agreement to forfeit and abandon his rights, title, and interest in the $1,550 recovered from his residence pursuant to the instant investigation and prosecution.

    THUS DONE AND SIGNED in Chambers, this 10th day of April, 2015, at Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE